1012

No. 778. UNITED STATES EX REL. SHOTT v. TEHAN, SHERIFF. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Thurman Arnold* for petitioner. *Melvin G. Rueger* and *Calvin W. Prem* for respondent.

No. 81, Misc. HUNTER v. PRASSE. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Edward Friedman,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for respondent.

No. 172, Misc. GRANADE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Parnell J. T. Callahan* for petitioner. *Solicitor General Marshall* for the United States.

No. 188, Misc. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 382, Misc. IN RE BOYDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 438, Misc. CONNER v. WINGO, WARDEN. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.

No. 562, Misc. SCOTT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.